# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN PAUL SINGH, | : |
| Petitioner, | : |
| v. | : No. 4:18-CV-1171 |
| KEVIN KAUFFMAN, | : (Judge Brann) |
| Respondent. | : |

## ORDER

**AND NOW**, this 15th day of June 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge